IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE FRATANTUONO | : | CIVIL ACTION |
| v. | : | |
| | : | No. 02-3564 |
| U.S. DEPT. OF THE INTERIOR, et al | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on March 28, 2003*. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

                                                    Michael E. Kunz
                                                    Clerk of Court

*Continued from 3/14/03 - NO FURTHER CONTINUANCES WITHOUT COURT APPROVAL.

By:_____
PATRICIA A. JONES
Deputy Clerk
Phone: 267-299-7072

Date: March 13, 2003

Copies:    Marie O'Donnell, Courtroom Deputy to Judge Brody
              Docket Clerk - Case File

        Counsel:    Peter J. Staunton, Esq.
                          Stephen J. Britt, Esq.

ARB2.FRM