IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE FRATANTUONO | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 02-3564 |
| U.S. DEPT. OF THE INTERIOR, et al | | |
| | : | |

**ORDER SUBSTITUTING AN ARBITRATOR**

AND NOW, this        day of March, 2003, it is hereby

ORDERED that DANIEL HARRINGTON is replaced as an arbitrator on 3/28/03 at 9:30, a.m.  It is hereby

FURTHER ORDERED that DAVID HARWI is appointed to serve as arbitrator in the above-captioned civil action at the time and date previously set forth.

BY THE COURT:

_____
ANITA . BRODY, J.

ARB8 (12/82)