IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| DIANE FRATANTUONO | : |  |
|  | : |  |
| v. | : |  |
| U.S. DEPT. OF THE INTERIOR and NATIONAL PARK SERVICE | : |  |
|  | : | NO. 02-3564 |

**CIVIL JUDGMENT**

BEFORE BRODY, J.

    AND NOW, this        day of May, 2003, it appearing that an Arbitration Award was entered and filed on 3/31/03, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

    ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of plaintiff, Diane Fratanuono and against U.S. Dept. of the Interior and National Park Service in the amount of $17,500.00.

ATTEST:                                    OR                                    BY THE COURT:

By:_____                                                          _____
Deputy Clerk                                                                            ANITA B. BRODY, J.

ARB 16